UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARTINSBURG DIVISION

FILED
OCT 21 2026
U.S. DISTRICT COURT- NDWV
MARTINSBURG, WV 25401

Elijah Page, pro se,
Plaintiff,

3:26cv132 Groh/Trumble

v.

case number: 4:22-md-3047

Meta Platforms, Inc., etal.,
Defendants

CIVAL COMPLAINT UNDER
28 U.S.C. § 1332, seeking to be added to the M.D.L. NO: 3047

Comes now, the plaintiff, Elijah Page, pro se, in the above styled cause and seeks to be added to the Multi District Litigation (case number: 4:22-md-3047-YGR) and I file this case under 28 U.S.C. § 1332 as diversity of citizenship exists in this matter and the amount in contention exceeds $75,000.00 in this matter, and I do hereby state the following under the penalties of perjury:

I. Statment of Complaint:

1) ON or around the years of 2012-13 I, Elijah Page, made my first facebook account, around the age 10 or 11 and became addicted to social media usage. I am a regular user of Google which is where I inquired of Facebook

2) Due to my social media addiction, Mr. Page developed numerous mental health issues such as severe depression, Cronic anxiety, and became very anti-social. Then from the 8th to the 8th grade year I began to cause self-harm by cutting my wrists and up my arms

3.) Over the years Mr. Page has started using various other social media sites due to his addiction and was recommended use of these platforms by Google and the other platforms being used around this time. In or around 2014-2015 he began using Snapchat and also Instagram a lot. When TikTok became the next big thing I also made an account. Youtube was an account I used on a daily basis as well. Between then and now I've been bullied, and made fun of. Have also had explicit pictures of myself naked posted on the varias platforms without my consent. He's had a friend in middle school commit suicide due to cyber bullying which intensified some of his depression and anxiety issues.

4.) Over the years I've became addicted to A LOT of adult content and been exposed to buying a lot of content through various social medias which triggered my addiction to masterbating.

5.) These social media platforms have effected ~~e~~very area of my life in a negative way. I've been exposed to and participated in ALOT of drug use. Various videos are shown as ads through one app to another. The various platforms made me think drug use ~~and~~ selling drugs were cool and alright for me to do. I was also exposed to ALOT of gun violence and me ~~to~~ beleive guns were cool and it was Okay to have guns and commit crimes with them with no consequences. I soon found out otherwise when I caught multiple charges and was sent to prison.

6.) I've used the platforms to purchase drugs which came to ruin my life and on occasions were scammed by a lot of people on Instagram and Snapchat. Multiple platforms have elicit pictures and videos, gun violence, or just violence period and make it look okay to the youth to grow up and participate in and its not right.

7.) Today I am still addicted to Social Media and have various accounts. I still have damages occuring in form of mental health problems as well as incarceration. I have been taken ~~these~~ meds (as well as self-medicating): Noritriptolene, lexapro, celexa, Suboxone

8.) I want to incorperate the individual master complaint by reference and make all the claims and allegations against all the entities and the individual defendants therein.

II. Defendants Responsible:

1) Meta Platforms, Inc. 2) Snapchat, Inc. 3) TikTok, Inc. 4) Youtube, LLC. 5) Google, LLC 6) Siculus, INC.

III. Relief Requested:

I am seeking damages against each defendant in the master individual Complaint in the amount of: $3,500,000.00, all cost associated with this suit and any other relief this court deem proper, just and equitable

IV. Declaration and Date:

I, Elijah Page, does hereby declare that this foregoing complaint is true and correct to the very best of my knowledge and belief.

Date: 10/18/26 Signed: Elijah Page

Elijah Page
38 Grapevine Rd
Martinsburg WV, 25405